**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Ciara Sheehan, et al. :
:
V. : Civil Action
: No: 2:24-cv-06581
Everstory Partners and Matthew Sobon :

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, ______________________, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, StoneMor Inc. d/b/a Everstory Partners, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Everstory Parent Corp.

02/19/2025 /s/ Caroline Austin, Esq.
Date Signature

Counsel for: StoneMor Inc. d/b/a Everstory Partners

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:

(1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:

(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

(2) promptly file a supplemental statement if any required information changes.