IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CIARA SHEEHAN, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EVERSTORY PARTNERS, ET AL. | : | NO. 24-6581 |

## ORDER

**AND NOW**, this 17th day of September, 2025, upon consideration of Defendants' Motion to Compel Arbitration (Docket No. 7), all documents filed in connection therewith, and the Hearing held on September 3, 2025, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.