IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CIARA SHEEHAN, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EVERSTORY PARTNERS, ET AL. | : | NO. 24-6581 |

## ORDER

**AND NOW**, this 23rd day of December, 2025, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint in Part (Docket No. 15) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.