ZEFF LAW FIRM LLC
Advocating for your rights, defending your freedom

**Gregg L. Zeff, Esquire**
**Eva Zelson, Esquire**
**Michele A. McKnight, Esquire**
***Member of PA and NJ Bars***

**100 Century Parkway**
**Suite 160**
**Mt. Laurel, NJ 08054**
**p: (856) 778-9700**
**f: (609) 534-0992**
**zefflawfirm.com**

**September 28, 2026**

**Via ECF**

Hon. John R. Padova
U.S. Courthouse: Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

**Re: *Ciara Sheehan et al. v. Everstory Partners et al.*, 2:24-cv-6581: Notice of Settlement**

Dear Judge Padova:

We represent the Plaintiffs in this case. I am writing to advise that the parties have reached a settlement. This matter may therefore be dismissed pursuant to Local Rule 41.1(b).

Thank you for your attention to this matter.

Respectfully,

/s/Eva C. Zelson, Esq.
Eva C. Zelson, Esq.